Matter of Smith v New York State Bd. of Parole (2025 NY Slip Op 06237)

Matter of Smith v New York State Bd. of Parole

2025 NY Slip Op 06237

Decided on November 13, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 13, 2025

CV-24-1883
[*1]In the Matter of Jua Smith, Appellant,
v
New York State Board of Parole, Respondent.

Calendar Date:October 3, 2025

Before:Clark, J.P., Lynch, Ceresia, McShan and Powers, JJ.

Jua Smith, Westbury, appellant pro se.
Letitia James, Attorney General, Albany (Beezly J. Kiernan of counsel), for respondent.

Appeal from a judgment of the Supreme Court (Sherri Brooks-Morton, J.), entered October 21, 2024 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent denying petitioner's request for parole release.
Petitioner commenced this CPLR article 78 proceeding challenging a December 2023 determination of respondent denying his request for parole release and ordering his next parole appearance in 18 months. Supreme Court dismissed the petition and this appeal ensued. The Attorney General has advised this Court that petitioner reappeared before the Board in June 2025, at which time he was granted an open date for parole release. Accordingly, this appeal is moot and must be dismissed (see Matter of Sanchez v Stanford, 152 AD3d 854, 855 [3d Dept 2017]; Matter of Chaney v Stanford, 137 AD3d 1396, 1396 [3d Dept 2016]).
Clark, J.P., Lynch, Ceresia, McShan and Powers, JJ., concur.
ORDERED that the appeal is dismissed, as moot, without costs.